William F. Powers, Respondent, v. Hortense Powers, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to

* See Laws of 1911, chap. 206.— [REP.

appeal to the Court of Appeals denied.  Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.